Kenrick HAMILTON, Plaintiff-Appellant,

v.

TRANSPORTATION SECURITY ADMINISTRATION, Office of Human Capital, Defendant-Appellee.

No. 17-1114

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2017

Decided: March 17, 2017

Kenrick Hamilton, Appellant Pro Se. Rebecca Sara Levenson, R. Joseph Sher, Lauren Anne Wetzler, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenrick Hamilton appeals the district court's orders dismissing his complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hamilton v. Transp. Sec. Admin., No. 1:16-cv-01413-TSE-IDD (E.D. Va. Dec. 16 & 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED